USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/7/2020

**Michael L. Kohl**
ATTORNEY AT LAW
3018 Merrick Road
Wantagh, NY 11793
(631)219-1810
FAX: (631) 415-0846
email: michaellkohl.pc@gmail.com
5/7/2020

**MEMORANDUM ENDORSED**

Hon. Gregory H. Woods
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

Re.:  1:20-cv-02177-GHW
Vanible v. Kirschenbaum & Phillips,
P.C. and James Scully

Honorable Sir:

This Matter appears on your calendar for an Initial Conference on May 15, 2020 at 2:00 PM.  This is the first time on the calendar.

I am the usual counsel for the Defendants in FDCPA cases unless I determine that it cannot be settle for less than the deductible and must be referred to the insurance carrier. I have been involved in settlement talks with the attorneys for the Plaintiff and as a result of those talks, I have determined that the Defendants must refer this matter to their insurance carrier to assign counsel.

Rather than go forward on the 15th and jeopardize coverage, I am requesting a 30 day adjournment to June 14 and extension of the Defendants' time to file an answer to the complaint to June 5, 2020.

I have consulted with Mary McCune, one of Plaintiff's counsels and she has consented to this application.

Thank you.

Very truly yours,


BY: _____/s/_____
         Michael L. Kohl


Application granted.  The initial pretrial conference scheduled for May 15, 2020 is adjourned to June 15, 2020 at 4 p.m.  The deadline for Defendants to answer or otherwise respond to the complaint is extended to June 5, 2020.

SO ORDERED.

Dated: May 7, 2020

_____
GREGORY H. WOODS
United States District Judge