## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| LYSA VANIBLE, | : | Case No.: 20-cv-2177 |
| *Plaintiff* | : | **NOTICE OF APPEARANCE** |
| vs. | : | |
| KIRSCHENBAUM & PHILLIPS, P.C.; JAMES SCULLY, | : | |
| *Defendants* | : | |

**PLEASE TAKE NOTICE** that the undersigned hereby appears in the above-entitled action on behalf of Defendants, KIRSCHENBAUM & PHILLIPS, P.C. and JAMES SCULLY, respectfully requests that all pleadings, notices, orders, correspondence and other papers in connection with this action be served upon LONDON FISCHER, LLP, at 59 Maiden Lane, New York, New York 10038.

Dated: New York, New York
       June 3, 2020

                                         Respectfully submitted,

                                 **LONDON FISCHER LLP**

                                 By:     /s/ Thomas A. Leghorn
                                         Thomas A. Leghorn (TL6244)
                                         *Attorneys for Defendants*,
                                         KIRSCHENBAUM & PHILLIPS, P.C. and
                                         JAMES SCULLY
                                         59 Maiden Lane
                                         New York, NY 10038
                                         Tel: 212-331-9555
                                         Fax: 212-972-1030
                                         E-Mail:  tleghorn@londonfischer.com