USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/8/2020

# LONDON FISCHER LLP

59 MAIDEN LANE
NEW YORK, NEW YORK 10038

IRVINE OFFICE
2505 MCCABE WAY, SUITE 100
IRVINE, CALIFORNIA 92614

(212) 972-1000
FACSIMILE: (212) 972-1030

www.LondonFischer.com

**MEMORANDUM ENDORSED**

June 5, 2020

**Via ECF**

Hon. Gregory H. Woods
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    Lysa Vanible v. Kirschenbaum & Phillips, P.C. et al.
           20-CV-2177(GHW)
           Our File No.: 890.0000002

Dear Judge Woods:

    I am counsel to the Defendants Kirschenbaum & Phillips, P.C. and James Scully.

    Pursuant to Rule 1.E of your Rules of Individual Practices, I am submitting this letter in connection with the request, upon consent, to adjourn the initial pretrial conference from June 15, 2020 to June 30th or such date thereafter as the Court's schedule permits. I entered my appearance on the docket as counsel for the Defendants yesterday and my review of the Docket indicates that there was one prior adjournment of this conference but did not see if this was upon the request of any party or was done by the Court itself.

    This request is made due to the fact of my recent entry into the case, the time needed to review with my client the material and facts pertaining to the case and to have further discussion with counsel for plaintiff as to any possible early resolution or a narrowing of the claims. Pursuant to the Court's order of yesterday's date (Docket # 12), the time of the defendants to respond to the complaint is presently set for June 19th.

    Respectfully yours,

    LONDON FISCHER LLP

    Thomas A. Leghorn

---

Application granted. The initial pretrial conference scheduled for June 15, 2020 is adjourned to July 6, 2020 at 4 p.m. The conference will be held telephonically. The parties are directed to consult the Court's Emergency Rules in Light of COVID-19 for dial-in information. The parties are also specifically directed to comply with Emergency Rule 2.C.

SO ORDERED.

Dated: June 7, 2020

                    _____
                    GREGORY H. WOODS
                    United States District Judge