UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

LYSA VANIBLE,

                    **Plaintiff,**                  20-CV-2177 (SN)

         -against-                       **ORDER OF DISMISSAL**

KIRSCHENBAUM & PHILLIPS, P.C., et al.,

                    **Defendants.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

On Friday, October 2, 2020, the parties appeared before the Court for a settlement conference and reached a settlement agreement. The case is dismissed, provided, however, that within 30 days of the date of this Order, counsel may apply by letter to restore this action to this Court's calendar.

**SO ORDERED.**

                                      _____
                                      SARAH NETBURN
                                      United States Magistrate Judge

DATED:      October 6, 2020
               New York, New York